1  **WANGER JONES HELSLEY PC**
   265 E. River Park Circle, Suite 310
2  Fresno, California 93720
   Telephone: (559) 233-4800
3  Facsimile: (559) 233-9330

4  Timothy Jones #119841
     E-mail: tjones@wjhattorneys.com
5  Patrick Toole #190118
     E-mail: ptoole@wjhattorneys.com
6  Daniel Frea #349605
     E-mail: dfrea@wjhattorneys.com

7
   **WHELAN LAW GROUP PC**
8  1827 East Fir Avenue, Suite 110
   Fresno, California 93720
9  Telephone: (559) 437-1079
   Facsimile: (559) 437-1720
10
   Brian D. Whelan # 256534
11   E-mail: brian@whelanlawgroup.com
   Joseph Stolz # 346959
12   E-mail: joseph@whelanlawgroup.com

13

14  Attorneys for:    Defendant, DARRICK WALKER; Plaintiffs, HEIDI HALLENBERG and
                       BRANDON WALKER
15

16               **UNITED STATES DISTRICT COURT**
                 **EASTERN DISTRICT OF CALIFORNIA**
17                       **FRESNO DIVISION**

18  HEIDI HALLENBERG, AND BRANDON        Case No. 1:24−CV−01486 JLT BAM
19  WALKER,

20              Plaintiff(s),            **STIPULATION AND [PROPOSED]**
                                         **ORDER REGARDING STATUS OF**
21        v.                             **NOMINAL DEFENDANTS BDH GROUP,**
                                         **LLC, B & D WALKER FARMS & HEIDI**
22  DARRICK WALKER, BDH GROUP, LLC, B    **WALKER, AND B & D WALKER FARMS**
    & D WALKER FARMS & HEIDI WALKER, A
23  California General Partnership, B & D
    WALKER FARMS, A California General   **DATE: October 14, 2025**
24  Partnership, AND DOES 1 THROUGH 20,  **TIME: 9:30 AM**
    INCLUSIVE,                           **CTRM.: #8 (6th Floor)**
25                                       **JUDGE: Judge Barbara A. McAuliffe**
26              Defendants.

27

28

11251-002                                1

STIPULATION AND [PROPOSED] ORDER RE STATUS OF NOMINAL DEFENDANTS

1    Defendant DARRICK WALKER ("**Defendant**") and Plaintiffs HEIDI HALLENBERG

2  ("**Heidi**") and BRANDON WALKER ("**Brandon**," and together with Heidi, "**Plaintiffs**"), hereby

3  stipulate and propose that the above-entitled Court enter an Order in accordance with the following:

4                              <u>**RECITALS**</u>

5    **WHEREAS**, Plaintiffs bring the above-entitled derivative action as members and/or

6  partners of BDH GROUP, LLC, B & D Walker Farms & Heidi Walker, and B & D Walker Farms

7  (collectively the "**Entities**");

8    **WHEREAS**, Plaintiffs and Defendant currently constitute the entirety of the Entities'

9  respective ownership, including all managers, partners, officers, and members;

10    **WHEREAS**, Plaintiffs and Defendant are all represented by counsel;

11    **WHEREAS**, Plaintiffs and Defendant agree that the Entities are only named in this

12  action as required by law and are nominal defendants;

13    **WHEREAS**, Plaintiffs and Defendant agree that separate representation of the Entities

14  is an unwarranted expense in the action;

15    **WHEREAS**, the Entities, through the Stipulation of Plaintiffs and Defendants, agree to

16  be bound by any and all orders or judgments issued by the above-entitled Court regarding the above-

17  entitled action; and

18    **WHEREAS**, Plaintiffs and Defendant agree that this Stipulation may be executed in

19  counterparts, each of which shall be deemed an original Stipulation as to the party that signed it, but all

20  of which together shall constitute one and the same instrument.

21    **NOW**, **THEREFORE**, **BE IT RESOLVED**: Plaintiffs, Defendant, and the Entities

22  hereby agree and stipulate as follows:

23                              <u>**STIPULATION**</u>

24    1.  The Entities shall not be required to file a response to the above-entitled action.

25    2.  The Entities shall not be required to appear in the above-entitled action.

26    3.  No Party shall seek default judgment against the Entities for any failure to appear in, or

27        respond to, the above-entitled action.

28    4.  The Entities shall be bound by any and all orders or judgments issued by the above-entitled

1    Court regarding the above-entitled action.

2

3    Dated: August 5, 2025                                 **DARRICK WALKER**

4                                                          _/S/ Darrick Walker_____

5

6    Dated: August 5, 2025                                 **HEIDI HALLENBERG**

7                                                          _/S/ Heidi Walker_____

8

9    Dated: August 5, 2025                                 **BRANDON WALKER**

10                                                         _/S/ Brandon Walker_____

11

12

13   Dated: August 5, 2025                                 **WANGER JONES HELSLEY PC**

14

15                                                         _/S/ Patrick Toole_____
                                                          Timothy Jones

16                                                         Patrick Toole
                                                          Daniel Frea

17                                                         Attorneys for Defendant, DARRICK
                                                          WALKER

18

19   Dated: August 5, 2025                                 **WHELAN LAW GROUP PC**

20

21                                                         _/S/ Brian D. Whelan_____
                                                          Brian D. Whelan

22                                                         Joseph Stolz

23                                                         Attorneys for Plaintiffs, HEIDI
                                                          HALLENBERG and BRANDON

24                                                         WALKER

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER RE STATUS OF NOMINAL DEFENDANTS

1

[~~PROPOSED~~] ORDER

2    Pursuant to the Parties' stipulation (Doc. 21) and good cause appearing, **IT IS HEREBY**

3  **ORDERED** that:

4    1.  The Entities shall not be required to file a response to the above-entitled action;

5    2.  The Entities shall not be required to appear in the above-entitled action;

6    3.  No Party shall seek default judgment against the Entities for any failure to appear in, or respond

7       to, the above-entitled action; and

8    4.  The Entities shall be bound by any and all orders or judgments issues by the above-entitled Court

9       regarding the above-entitled action.

10  IT IS SO ORDERED.

11  Dated:  __**August 8, 2025**__

12                                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER RE STIPULATION RE STATUS OF NOMINAL DEFENDANTS
4930-6261-2494, v. 5