UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI HALLENBERG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DARRICK WALKER, et al.,<br><br>Defendants. | CASE No.: 1:24-cv-01486-JLT-FJS<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE<br><br>(ECF No. 29) |

On August 14, 2026, Plaintiff Heidi Hallenberg, Plaintiff Brandon Walker, and Defendant Darrick Walker filed a stipulation of dismissal of the entire action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 29.)

No other defendants have made an appearance or filed an answer in this action. *See Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) ("[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'").

In light of the stipulation of dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is deemed dismissed without prejudice. Accordingly, the clerk of the court is HEREBY ORDERED to CLOSE the file

in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE